**STATE of Missouri, Respondent,**

v.

**Jerry WISE, Appellant.**

**No. ED 98216.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 7, 2013.

Roxanna A. Mason, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J.; PATRICIA L. COHEN, J.; and KURT S. ODENWALD, J.

### ORDER

PER CURIAM.

Jerry Wise appeals the judgment entered upon a jury verdict finding him guilty of forcible rape, Section 566.030

RSMo; forcible sodomy, Section 566.060 RSMo; first-degree robbery, Section 569.020 RSMo; and three counts of armed criminal action, Section 571.015 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).